# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES K. JONES,<br><br>        Plaintiff,<br><br>        v.<br><br>THE CITY OF PASADENA, etc.,<br><br>        Defendant. | Case No. CV 09-5028-AG (JEM)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 31, 2010

　　　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE